AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 8:23-MJ-00447 | Date and time warrant executed: 9/08/2023 7:00 AM | Copy of warrant and inventory left with: 9771 Nichols Ave, Villa Park, CA 92861 |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

See attached FD-597 Receipt for Property

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/12/2023

*Executing officer's signature*

Hanna Yang, FBI Special Agent
*Printed name and title*

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 318B-HO-3547375

On (date) 09/08/2023

item(s) listed below were:
- ☒ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name): 

(Street Address): 9771 Nichols Ave

(City): Villa Park, CA 92861

Description of Item(s):
1) Envelope addressed to Soran Lim and letter
2) Financial Documents
3) Blue bell corporate documents
4) State of Delaware L.L.C. Tax Notice
5) Iphone in black case
6) Iphone in Clear case
7) Ipad w/ Serial DMPYW28XJF8M
8) White Iphone
9) Item not taken
10) Bank documents
11) Documents in File Cabinet
12) Document box (property)
13) Document box (Bank)
14) Document box (Wyoming, LLC)
15) Document box (Cars)
16) White and Clear USB Drive
17) HP Computer
18) Green UCP of Orange County Thumb Drive
19) Black San Disk Thumb Drive

Received By: (Signature)
Printed Name/Title: SA Julie Sawyer

Received From: (Signature)
Printed Name/Title: OK + Lim arrested

FD-597 (Rev. 4-13-2015)          Page 2 of 2

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
#### Receipt for Property

Case ID: 318B-HO-3547375

On (date): 9-8-23

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name): _____

(Street Address): 9771 Nichols Ave

(City): Villa Park, CA 92861

Description of Item(s):
20) Stack of Documents
21) Financial Documents
22) Milestone Holdings Documents in Fedex Box
23) Documents
24) Envelope addressed to Bruins International LLC

9/8/23

Received By: (Signature)
Printed Name/Title: SA Julie Sawyer

Received From: (Signature)
Printed Name/Title: OK + Lim arrested

FD-597 (Rev 8-11-94)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 318B-HO-3547375

On (date) 9/8/2023

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Soran Lim
(Street Address) 9771 Nichols Avenue
(City) Villa Park  CA  92861

Description of Item(s):
- one silver colored bangle with clear stones
- one silver colored overlapping bangle with clear stones and one large clear stone
- Clear stone stud earring (one pair) in pink "happy jewelers" box
- Pair of round clear stone halo-style earrings in pink "happy jewelers" box
- Happy Jewelers Receipt No 001-61142 dated 4/21/22

[signature] 9/8/23

Received By: [signature]
(Signature)

Received From: Lim arrested
(Signature)